IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STUDENT LOAN MARKETING
ASSOCIATION

Plaintiff

vs                                                    CIVIL 98-1947CCC

EDGAR BERRIOS-COLLAZO

Defendant

### ORDER

The Court entered Judgment on November 6, 1998 approving a Joint Motion for Judgment filed by the parties and dismissing the case. Having considered plaintiff's Motion for Relief of Judgment Under Rule 60 Federal Rules of Civil Procedure, and plaintiff's evidence attesting defendant's failure to pay the monies agreed in said settlement and the affidavit supporting the allegations of the complaint, the November 6, 1998 Judgment is VACATED.

SO ORDERED.

At San Juan, Puerto Rico, on September 3, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

RECD.  TO JUDGE
SEP 1 4 1999

AO 72A
(Rev.8/82)