## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET

SEP 1 4 1999 PURSUANT

TO FRCP RULES 58 & 79a

STUDENT LOAN MARKETING
ASSOCIATION

Plaintiff

vs                                   CIVIL 98-1947CCC

EDGAR BERRIOS-COLLAZO

Defendant

### JUDGMENT

Having considered plaintiff's Motion for Relief of Judgment (docket entry 10) and

supporting documentation, the Court finds Edgar Berrios-Collazo liable to the Student Loan

Marketing Association in the sum of $6,525.50 as principal, together with accrued interest in

the amount of $2,391.35 through July 24, 1998, and additional interest thereafter at an

annual percentage rate which is equal to a variable rate which is calculated by the Secretary of

Treasury for each calendar quarter and computed by determining the average of the bond

equivalent rates for the ninety-one (91) day U.S. Treasury Bills auctioned during the preceding

quarter, plus three per cent (3%), rounding up this figure to the nearest 1/8 of 1%, all as per

the Note, until fully paid or satisfied, plus $1,000.00 attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 13 , 1999.

s/c: J Pola
E. Berrios

SEP 1 4 1999

CARMEN CONSUELO CEREZO
United States District Judge

RECD.    TO JUDGE
SEP 1 4 1999
BY

AO 72A
(Rev.8/82)